UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:95-CR-136-3-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GLENN WILLIAMS, | ) | |
| Defendant. | ) | |

Glenn Williams's most recent collateral attack on his sentence [DE-252] not only is successive, but it also is meritless. There is nothing in *DePierre v. United States*, ___ U.S. ___, 131 S. Ct. 2225 (2011), that calls into question Williams' conviction and sentence for conspiracy to possess with the intent to distribute cocaine base (crack), in violation of 21 U.S.C. § 846.

SO ORDERED.

This, the 15th day of June, 2012.

James C. Fox
Senior United States District Judge